AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:19-mj-40 | Date and time warrant executed: 2/6/2019 3:30p | Copy of warrant and inventory left with: Facebook Inc |
| Inventory made in the presence of : Made electronically |||
| Inventory of the property taken and name of any person(s) seized: <br><br> Search warrant served electronically on Facebook Inc. as required by Facebook Inc. <br><br> Items returned (seized) were two electronic files purported to be the contents of the account "olivia.lonebear.5" <br><br> Records were made availble on 2/15/19 by Facebook Inc. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/20/19

*Executing officer's signature*

Bruce Bennett  FBI Special Agent
*Printed name and title*