# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| In the matter of the search of: | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| Information associated with | ) | |
| Facebook account olivia.lonebear.5, | ) | |
| belonging to Olivia Lone Bear and | ) | |
| stored by Facebook, Inc. | ) | Case No. 1:19-mj-040 |

Before the court is a Motion to Unseal Search Warrant Documents filed by the United States on November 18, 2019. The United States posits that the public may have access to these judicial records. See Nixon v. Warner Communications, 435 U.S. 589, 597 (1978).

The court **GRANTS** the United States' motion (Doc. No. 10) and orders that the search warrant and its corresponding documents be unsealed on November 20, 2019.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2019.

>    */s/ Clare R. Hochhalter*
>    Clare R. Hochhalter, Magistrate Judge
>    United States District Court